UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE OPERATING ENGINEERS
LOCAL 324 FRINGE BENEFIT FUNDS,

    Plaintiff,

vs.

Honorable Avern Cohn
Case No. 2:06-cv-15118

PITSCH ENGINEERING, INC., also known as
and doing business as PITSCH CONTRACTORS, INC.,
PITSCH COMPANIES, DEMOLITION CONTRACTORS,
INC., PITSCH ENTERPRISES, INC., PITSCH HOLDING
COMPANY, INC., PITSCH SANITARY LANDFILL, INC.,
PITSCH LEASING COMPANY, INC., PITSCH SALVAGE,
INC., PITSCH HAULING & DISPOSAL, INC. and PITSCH
WRECKING CO.; GARY PITSCH, DEMOLITION
CONTRACTORS, INC., sometimes doing business as
PITSCH WRECKING CO., and PITSCH COMPANIES,
and PITSCH CONTRACTORS, INC.,
individually, jointly and severally,


FILED
JUL 25 2007
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

    Defendants.

---

FINKEL, WHITEFIELD, SELIK,
  FERRARA & FELDMAN, P.C.
By:    Stephen D. Kursman (P37902)
And:   Richard M. Selik (P24276)
Attorneys for Plaintiff
32300 Northwestern Highway, Suite 200
Farmington Hills, MI 48334-1567
(248) 855-6500

PAUL D. KRAMER (P35680)
Co-Counsel for Defendants Gary Pitsch and Pitsch
Engineering
The Fishman Group
40950 Woodward Avenue, Suite 350
Bloomfield Hills, MI 48304
(248) 258-8700

THOMAS E. LANE (P36477)
Attorneys for Defs. Gary Pitsch and Pitsch
  Engineering
688 Cascade West Parkway SE, Ofc. 210
Grand Rapids, MI 49546
(616) 285-6050

HENDRICKS & WATKINS, PLC
By:    Teresa M. Hendricks (P46500)
Attorneys for Defs. Pitsch Contractors, Demolition
Contractors, Inc., Pitsch Company, Inc., Pitsch
Contractors, Inc., Pitsch Holding Company, Pitsch
Sanitary Landfill, Inc., Pitsch Leasing Company, Inc.,
Pitsch Salvage, Inc., Pitsch Hauling & Disposal, Inc.,
and Pitsch Wrecking Co.
4981 Cascade Road SE.
Grand Rapids, MI 49546
(616) 956-1900

STARIHA LAW OFFICES, PC
By:    Robert A. Stariha (P29156)
Attorneys for Defendants Gary Pitsch and Pitsch
Engineering
48 W. Main Street, Suite 6
Fremont, MI 49412
(231) 924-3761

---

**ORDER COMPELLING AUDIT**

## ORDER COMPELLING AUDIT

At a session of said Court, held in the United States Courthouse, Detroit, Michigan on _____

PRESENT:   HONORABLE:_____
U. S. DISTRICT COURT JUDGE

The court having considered Plaintiff's Motion and Brief for Order to Compel Audit, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Defendants, ~~Pitsch Contractors, Inc. and~~ Demolition Contractors, Inc., produce their books and records for the period of January 1, 2005 through the present for an audit by Plaintiffs *pursuant to plaintiff's auditor's letter dated Oct 31, 2005.* ~~within fourteen days from entry of this Order.~~

*IT IS FURTHER ORDERED that discovery cutoff and motion cutoff dates are extended.*

*The Court will issue a new Scheduling order extending discovery 6 months.*

_____
U.S. DISTRICT COURT JUDGE

R:\56070.003\ORDER TO COMPEL.wpd

*APPROVED AS TO FORM*

_____ 7/25/07

Teresa M. Hendricks 7/25/07

Paul D K— 7/25/07

FINKEL, WHITEFIELD, SELIK, FERRARA & FELDMAN, P.C.   ATTORNEYS AND COUNSELORS   32300 NORTHWESTERN HWY., SUITE 200, FARMINGTON HILLS, MI 48334-1567   (248) 855-6500